IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00010-MR-WCM

RACHEL K. NATIONS, as )
Administratrix of the Estate of )
THRESIA DARLENE EATON, )
                                               )
                 Plaintiff, )
                                               )
vs. )       <u>O R D E R</u>
                                               )
UNITED STATES OF AMERICA, )
                                               )
               Defendant. )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Scheduling Order. [Doc. 38].

After careful consideration of the parties' motion, and for cause shown, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 38] is **GRANTED**, and the following pretrial deadlines are extended as follows:

| | |
|---|---|
| Expert Reports – Plaintiff:          Defendant: | March 14, 2024<br>April 19, 2024 |
| Expert Depositions: | June 7, 2024 |
| Bench Trial: | First Term on or after September 3, 2024 |

**IT IS SO ORDERED.**

Signed: January 10, 2024

Martin Reidinger
Chief United States District Judge