# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00010-MR-WCM

| | |
|---|---|
| RACHEL K. NATIONS, as Administratrix of the Estate of THRESIA DARLENE EATON, ) ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on counsel's "Motion for Protection" [Doc. 41].

Plaintiff's counsel requests protection from the trial of this matter being set for certain dates. [Doc. 41]. Counsel is advised that secured leave is not recognized in this Court. The Court, however, will endeavor to set this matter for a bench trial during the week of September 16, 2024. For all these reasons, counsel's request is denied as moot.

**IT IS, THEREFORE, ORDERED** that counsel's "Motion for Protection" [Doc. 41] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 25, 2024

Martin Reidinger
Chief United States District Judge